UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA HINTON, et al.,** : | |
| *Plaintiffs* : | |
| : | Case No.   20-cv-1515-JMY |
| v. : | |
| : | |
| **SANSOM STREET, INC.** : | |
| **d/b/a SAINTS & SINNERS agent of** : | |
| **SAINTS & SINNERS PHILADELPHIA** : | |
| **and THOMAS SHERWOOD,** : | |
| *Defendants.* : | |

**ORDER**

AND NOW, this 7th day of April, 2021, upon consideration of the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by the above-captioned Defendants (ECF No. 11), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the Memorandum filed by this Court, it is hereby ORDERED and DECREED that said motion shall be DENIED.

By the Court:

  /s/ John Milton Younge
Judge John Milton Younge