UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA 'JESSA' HINTON et al., | Case No. 2:20-cv-01515-JMY |
| Plaintiffs, | |
| - against - | |
| ROSEWOOD INN CATERERS, LLC, et al., | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby respectfully move this Court for an order extending fact and expert discovery in this action. On April 8, 2021, the Court denied Defendants' motion to dismiss (Dkt. 20), and Defendants' inquiry into the coverage positions of their various insurance companies is ongoing. The parties have already exchanged discovery demands and responses and are waiting to learn the position of Defendants' insurance carriers to determine whether they should request a referral to Magistrate Judge Wells before engaging in additional costly fact and expert discovery.

Considering this, the parties propose the following revised discovery dates:

| | |
|---|---|
| Close of Fact Discovery: | Extended from April 22, 2021 to August 30, 2021 |
| Close of Expert Discovery: | Extended from June 3, 2021 to October 3, 2021 |
| Rule 56 and *Daubert* Motions: | Extended from July 5, 2021 to November 5, 2021. |

Dated: April 21, 2021

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **THE CASAS LAW FIRM, P.C.** |
| By: /s/ M. Kelly Tillery | By: /s/ John V. Golaszewski |
| M. Kelly Tillery (PA Attorney I.D. 30380)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>(215) 981-4401<br>kelly.tillery@troutman.com | John V. Golaszewski, Esq.<br>1740 Broadway, 15th Floor<br>New York, New York<br>T: 646.872.3178<br>F: 855.220.9626 |
| *Attorney for Defendants* | *Attorneys for Plaintiffs* |